```
          IN THE UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF ALABAMA
                    SOUTHERN DIVISION
```

SANDRA D. LAMB,                       :
                                      :
    Plaintiff,                        :
                                      :
v.                                    :    CIVIL ACTION 07-0178-M
                                      :
MICHAEL J. ASTRUE,                    :
Commissioner of                       :
Social Security,                      :
                                      :
    Defendant.                        :

<u>JUDGMENT</u>

    It is **ORDERED**, **ADJUDGED**, and **DECREED** that JUDGMENT be entered in favor of Plaintiff Sandra D. Lamb and against Defendant Michael J. Astrue.

    DONE this 25th day of September, 2007.

                                s/BERT W. MILLING, JR.
                                UNITED STATES MAGISTRATE JUDGE