IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

SANDRA D. LAMB,                          :
                                         :
        Plaintiff,                       :
                                         :
vs.                                      :    CIVIL ACTION 07-0178-M
                                         :
MICHAEL J. ASTRUE,                       :
Commissioner of                          :
Social Security,                         :
                                         :
        Defendant.                       :

JUDGMENT

        It is **ORDERED, ADJUDGED, and DECREED** that Plaintiff's

attorney's Motion for Authorization of Attorney's Fees Pursuant

to 42 U.S.C. § 406(b) be and is hereby **GRANTED** and that

Plaintiff's attorney, Gilbert B. Laden, be and is hereby **AWARDED**

a fee of $7,705.00 for his services before the Court.  It is

**FURTHER ORDERED** that Mr. Laden pay to Plaintiff the sum of

$2,828.51, which sum represents the EAJA fee that was previously

awarded.

        DONE this 29th day of July, 2008.

                                s/BERT W. MILLING, JR.
                                UNITED STATES MAGISTRATE JUDGE